IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FIDELE HAKIZIMANA, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NUMBER |
| D.M. BOWMAN, INC., KEVIN WEAVER, JOHN DOE 1-2 ABC CORP., XYZ CORP., | |
| Defendants. | |

**DEFENDANTS' NOTICE OF REMOVAL**

1.

Plaintiff, Fidele Hakizimana, filed Civil Action File No. 21A00489 in the State Court of DeKalb County, State of Georgia, against defendants D.M. Bowman, Inc. and Kevin Weaver on February 2, 2021.  A copy of the Summons and Complaint are attached hereto as Exhibit "A."  The Answer of Defendants D.M. Bowman, Inc. and Kevin Weaver is attached hereto as Exhibit "B."

2.

Upon information and belief, at the time of filing the Complaint, Plaintiff was a citizen and a resident of the State of Georgia.

3.

At the time of the filing the Complaint, Defendant D.M. Bowman, Inc. was a Maryland corporation with its principal place

of business located in the State of Maryland. Complaint, ¶2; Answer, ¶2.

4.

At the time of the filing of the Complaint, Defendant Kevin Weaver was a citizen and resident of the State of Maryland.

5.

There is complete diversity of citizenship in this case.

6.

The foregoing action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1446(a) and (b). In accordance with 28 U.S.C. § 1332(a), there exists diversity of citizenship between the Plaintiff and the Defendants and the amount in controversy, exclusive of interest and cost, exceeds the sum of $75,000.

7.

To support their contention of the amount in controversy, Defendants show Plaintiff claims over $145,000 in medical bills and is still treating for alleged injuries. Complaint, ¶24.

8.

Plaintiff's Complaint also alleges punitive damages and attorney's fees under O.C.G.A. § 13-6-11.

9.

All properly served Defendants consent to the removal of this case.

10.

Notice is hereby given, within thirty days after service and receipt of a copy of the Complaint filed in the State Court of DeKalb County, State of Georgia, from which it may be ascertained that the case is one which is and/or has become removable, notice is hereby given in accordance with 28 U.S.C. § 1446 and pursuant to Fed. R. Civ. P. 11 of the removal of this action to this Court.

                                                DENNIS, CORRY, SMITH & DIXON, LLP

                                                /s/ *John D. Dixon*
                                                JOHN D. DIXON
                                                Georgia Bar No. 223376

                                                /S/ *Jonathan R. Gibson*
                                                JONATHAN R. GIBSON
                                                Georgia Bar No. 586544
                                                For the Firm
                                                Attorneys for Defendants

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 364-4505
(404)365-0134 Facsimile
Jdixon@dcplaw.com
Jgibson@dcplaw.com

**CERTIFICATE OF SERVICE**

I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Benjamin J. Rollins
Angell Law Firm, LLC
3391 Peachtree Rd. NE
Suite 110
Atlanta, GA 30326

I also mailed by United States Postal Service the document to the following non-CM/ECF participants:  None

This 5th day of March, 2021.

/s/ *Jonathan R. Gibson*
JONATHAN R. GIBSON
For the Firm

2402-13733(JDD)