No. __21A00489_____

**Date Summons Issued and E-Filed**

2/2/2021

_____Siana Smith_____
Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

__FIDELE HAKIZIMANA_____

_____
Plaintiff's name and address

**vs.**

[ ] **JURY**

_D. M. BOWMAN, INC., KEVIN WEAVER,_
_JOHN DOE 1-2, ABC Corp., XYZ Corp.,_
_____
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

____Benjamin Rollins_____
Name
____3391 Peachtree Rd., NE, Suite 110_____
Address
____404-418-6007_____613751_____
Phone Number                              Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____   _____
Defendant's Attorney              Third Party Attorney
_____   _____
Address                           Address
_____   _____
Phone No.        Georgia Bar No.  Phone No.        Georgia Bar No.

**TYPE OF SUIT**

☒ Personal Injury ☐ Products Liability
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability
☐ Other

Principal $ _____

Interest $ _____

Atty Fees $ _____

**Access to the e-filing site and the rules is available at www.dekalbstatecourt.net**
**To indicate consent to e-service check the box below.**
☒ **(Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.**

**EXHIBIT A**                          E-file summons1-2016

STATE COURT OF
DEKALB COUNTY, GA.
2/2/2021 8:41 AM
E-FILED
BY: Siana Smith

No. 21A00489

**Date Summons Issued and E-Filed**

2/2/2021

Siana Smith

Deputy Clerk

Deposit Paid $ _____

**STATE COURT OF DEKALB COUNTY**
GEORGIA, DEKALB COUNTY

**SUMMONS**

FIDELE HAKIZIMANA

_____
Plaintiff's name and address

**vs.**

**[ ] JURY**

D. M. BOWMAN, INC., KEVIN WEAVER, JOHN DOE 1-2, ABC Corp., XYZ Corp.,

_____
Defendant's name and address

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of State Court, Suite 230, 2nd Floor, Administrative Tower, DeKalb County Courthouse, 556 N. McDonough Street, Decatur, Georgia 30030 and serve upon the plaintiff's attorney, to wit:

Benjamin Rollins
Name

3391 Peachtree Rd., NE, Suite 110
Address

404-418-6007                                    613751
Phone Number                                    Georgia Bar No.

an **ANSWER** to the complaint which is herewith served upon you, within thirty (30) days after service upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. The answer or other responsive pleading can be filed via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 556 N. McDonough Street, Decatur, Georgia 30030

_____        _____
Defendant's Attorney                          Third Party Attorney
_____        _____
Address                                        Address
_____        _____
Phone No.           Georgia Bar No.            Phone No.           Georgia Bar No.

**TYPE OF SUIT**

☒ Personal Injury ☐ Products Liability          Principal $ _____
☐ Contract ☐ Medical Malpractice
☐ Legal Malpractice ☐ Product Liability         Interest $ _____
☐ Other
                                                Atty Fees $ _____

Access to the e-filing site and the rules is available at www.dekalbstatecourt.net
To indicate consent to e-service check the box below.
☒ (Plaintiff consents to e-service pursuant to OCGA 9-11-5 (f). The email address for service appears in the complaint.

E-file summons1-2016

STATE COURT OF
DEKALB COUNTY, GA.
2/2/2021 8:41 AM
E-FILED
BY: Siana Smith

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| FIDELE HAKIZIMANA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE NO. 21A00489 |
| D. M. BOWMAN, INC., | ) | |
| KEVIN WEAVER, JOHN DOE | ) | |
| 1-2, ABC Corp., XYZ Corp., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

**COMES NOW**, Fidele Hakizimana, Plaintiff, and makes and files this complaint against Defendants D. M. Bowman, Inc., Kevin Weaver, John Doe 1-2, ABC Corp., XYZ Corp., as follows:

### PARTIES, JURISDICTION, AND VENUE

1.

Plaintiff is a resident of Georgia.

2.

Defendant D. M. Bowman, Inc. is a foreign corporation incorporated in the State of Maryland and is subject to the jurisdiction of this Court. Defendant D. M. Bowman, Inc. transacted business within the State of Georgia, and is subject to the jurisdiction and venue of this Court pursuant to O.C.G.A. §§ 9-10-91 and 9-10-94. At all times relevant hereto, Defendant D. M. Bowman, Inc. was the employer of Kevin Weaver and/or Defendants John Doe 1-2.

Copy from re:SearchGA

STATE COURT OF
DEKALB COUNTY, GA.
2/2/2021 8:41 AM
E-FILED
BY: Siana Smith

Moreover, Defendant Kevin Weaver and/or Defendant John Doe 1-2 were in the course and scope of their employment with Defendant D. M. Bowman, Inc. and engaged in the actual transaction of Defendant D. M. Bowman, Inc. business at the time of the subject collision. Defendant D. M. Bowman, Inc.'s principal office is located at 10228 Governor Lane Blvd., Suite 3002, Williamsport, Maryland, 21795. Service of process may be perfected upon Defendant D. M. Bowman, Inc. through its agent, Michael B. Langford, at 10 W. Market Street, Suite 1500, Indianapolis, Indiana 46204.

3.

Defendant Kevin Weaver is a resident of the District of Columbia. At all times relevant hereto, Defendant Kevin Weaver was an agent/employee of Defendant D. M. Bowman, Inc., ABC Corp., and/or XYZ Corp., and acting within the scope and course of his employment. Service of process may be perfected upon Defendant Kevin Weaver at 4229 Nash Street SE, Washington, District of Columbia 20020.

4.

Defendants John Doe 1-2 are individuals that owned and/or operated the tractor trailer truck involved in the subject collision and/or employed the driver of the tractor trailer truck involved in the subject collision and are subject to the jurisdiction and venue of this Court. Plaintiff incorporates by reference all claims made in this Complaint against any other Defendant against Defendants John Doe 1-2. Defendants John Doe 1-2 will be named and served with the Summons and Complaint once their identities are revealed.

Copy from re:SearchGA

5.

Defendant ABC Corp. and XYZ Corp. are entities that owned and/or operated the tractor trailer truck involved in the subject collision and/or insurers of the tractor trailer truck involved in the subject collision and are subject to the jurisdiction and venue of this Court. Plaintiff incorporates by reference all claims made in this Complaint against any other Defendant against Defendants ABC Corp. and XYZ Corp. Defendants ABC Corp. and XYZ Corp. will be named and served with the Summons and Complaint once their identities are revealed.

**BACKGROUND**

6.

On March 20, 2019, Plaintiff was a restrained driver traveling northbound on I-85 near its intersection with I-985 north in Gwinnett County, Georgia. As Plaintiff continued straight on I-85, Defendant Kevin Weaver and/or John Doe 1-2, suddenly and without warning, entered Plaintiff's lane of travel and struck the right side of Plaintiff's vehicle. At all times relevant hereto, Plaintiff exercised reasonable care for his own safety.

7.

Prior to and on March 20, 2019, Defendants D. M. Bowman, Inc., Kevin Weaver, John Doe 1-2, ABC Corp., and XYZ Corp. owned, operated, and/or controlled a 2015 Volvo tractor trailer truck, V.I.N.4V4NC9EH1FN915018, for use over public highways.

Copy from re:SearchGA

8.

At all times relevant hereto, Defendants D. M. Bowman, Inc., Kevin Weaver, John Doe 1-2, ABC Corp., and XYZ Corp. were operating the subject tractor trailer truck as motor contract carriers pursuant to O.C.G.A. § 40-2-140 and other applicable laws.

## COUNT I:
## NEGLIGENCE OF DEFENDANTS
## KEVIN WEAVER AND JOHN DOE 1-2

9.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 8 above as if fully restated.

10.

Prior to and on March 20, 2019, Defendants Kevin Weaver and/or John Doe 1-2, failed to exercise reasonable care for the safety of others who might be affected by their actions and negligently and recklessly operated the 2015 Volvo tractor trailer truck while the truck and Defendants Kevin Weaver and/or John Doe 1-2 were in violation of legally mandated minimum safety requirements and by violating multiple Federal laws, Georgia laws, and rules of the road, and, on March 20, 2019, said violations caused a collision between Plaintiff's vehicle and Defendants D. M. Bowman, Inc., Kevin Weaver, John Doe 1-2, ABC Corp., and XYZ Corp.'s tractor trailer truck, and proximately caused serious injuries to Plaintiff.

11.

On March 20, 2019, Defendants Kevin Weaver and/or John Doe 1-2 operated the above-mentioned 2015 Volvo tractor trailer truck on I-85 in Gwinnett County, Georgia.

Copy from re:SearchGA

Defendants Kevin Weaver and/or John Doe 1-2 were operating said truck in violation of multiple Federal laws, Georgia laws, and rules of the road, including, but not limited to, failure to maintain lane, improperly changing lanes, driving the truck too fast for conditions, failure to maintain control of the truck, recklessly driving the truck in disregard for the safety of persons or property, causing a collision between said truck and Plaintiff's vehicle and proximately causing serious injuries to Plaintiff.

12.

On March 20, 2019, Defendants Kevin Weaver and/or John Doe 1-2 were negligent per se because (1) they failed to maintain their lane, improperly changed lanes, drove too fast for conditions, and were in violation of Federal laws and Georgia laws regarding the use and operation of motor vehicles and commercial motor vehicles; (2) the laws were designed to prevent the type of collision and injuries involved in the subject litigation; (3) Plaintiff is a member of the class of persons intended to be protected by said laws; and (4) the violation of said laws proximately caused Plaintiff's injuries.

13.

At all times relevant hereto, Defendants Kevin Weaver and/or John Doe 1-2 were operating Defendants D. M. Bowman, Inc., ABC Corp., and XYZ Corp.'s tractor trailer truck in a reckless and negligent fashion which resulted in the above-described collision and proximately caused serious injuries to Plaintiff.

Copy from re:SearchGA

## COUNT II:

### NEGLIGENCE OF DEFENDANTS D. M. BOWMAN,
### ABC Corp, and XYZ Corp.

14.

Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 13 above as if fully restated.

15.

Prior to and on March 20, 2019, Defendants D. M. Bowman, Inc., ABC Corp., and XYZ Corp.'s, failed to exercise reasonable care for the safety of others who might be affected by their actions and negligently and recklessly operated its 2015 Volvo tractor trailer truck while the truck and Defendants Kevin Weaver and/or John Doe 1-2 were in violation of legally mandated minimum safety requirements and by violating multiple Federal laws, Georgia laws, and rules of the road, and, on March 20, 2019, said violations caused a collision between Plaintiff's vehicle and Defendants D. M. Bowman, Inc., ABC Corp., XYZ Corp.'s tractor trailer truck, and proximately caused serious injuries to Plaintiffs.

16.

Defendants D. M. Bowman, Inc., ABC Corp., and/or XYZ Corp. are liable under the doctrine of respondeat superior for the harm caused to Plaintiff by the wrongful acts of their employee, Defendants Kevin Weaver and/or John Doe 1-2, who were acting in the scope and course of their employment with Defendants D. M. Bowman, Inc., ABC Corp., and/or XYZ Corp. and during the actual transaction of Defendants D. M. Bowman, Inc., ABC Corp., and/or XYZ Corp.'s business when they caused the subject collision and proximately caused serious injuries to Plaintiff.

Copy from re:SearchGA

17.

Defendants D. M. Bowman, Inc., ABC Corp., and/or XYZ Corp. are liable to Plaintiff because they negligently entrusted their tractor trailer truck to Defendants Kevin Weaver and/or John Doe's 1-2 when Defendants Kevin Weaver and/or John Doe's 1-2 were not properly suited to drive the truck, proximately causing injuries to Plaintiff, and because Defendants D. M. Bowman, Inc., ABC Corp., and/or XYZ Corp. failed to properly hire, train, retain, and supervise their employees so that they would not cause harm to persons such as Plaintiff, proximately causing injuries to Plaintiff.

18.

Defendants D. M. Bowman, Inc., ABC Corp., and/or XYZ Corp. are negligent per se because (1) their acts and/or the acts of their employees were in violation of Federal laws and Georgia laws regarding the use and operation of motor vehicles and commercial motor vehicles; (2) the laws were designed to prevent the type of collision and injuries involved in the subject litigation; (3) Plaintiff is a member of the class of persons intended to be protected by said laws; and (4) the violation of said laws proximately caused Plaintiff's injuries.

19.

Defendants D. M. Bowman, Inc, ABC Corp., and/or XYZ Corp. knew or should have known that operating their tractor trailer truck on a public roadway while their driver was not properly suited to operate it would result in harm to the individuals who would be affected by the operation of said truck.

Copy from re:SearchGA

20.

Defendants D. M. Bowman, Inc., ABC Corp., and/or XYZ Corp. knew or should have known that their failure to properly hire, train, retain, and supervise their employees would result in harm to the individuals such as Plaintiff.

## COUNT III
## JOINT AND SEVERAL LIABILITY

21.

The combined acts of Defendants D. M. Bowman, Inc., Kevin Weaver, John Doe 1-2, ABC Corp., and XYZ Corp., were reckless, negligent, and negligent per se; proximately caused Plaintiff's injuries and damages; and said Defendants are jointly and severally liable for Plaintiff's injuries and damages.

## DAMAGES

22.

Defendants D. M. Bowman, Inc., Kevin Weaver, John Doe 1-2, ABC Corp., and XYZ Corp., recklessness, negligence, and negligence per se proximately caused injuries to Plaintiff which caused him tremendous pain and suffering, and Plaintiff seeks recovery from Defendants for all damages to which he is entitled.

23.

As a result of Defendants D. M. Bowman, Inc., Kevin Weaver, John Doe 1-2, ABC Corp., and XYZ Corp.'s recklessness, negligence, and negligence per se, Plaintiffs sustained personal injuries, special damages, and general damages for which he is entitled to be compensated by Defendants.

Copy from re:SearchGA

24.

As a direct and proximate result of Defendants D. M. Bowman, Inc., Kevin Weaver, John Doe 1-2, ABC Corp., and XYZ Corp.'s recklessness, negligence, and negligence per se, Plaintiff has incurred medical expenses in excess of $145,296.10, the exact amount to be proven at trial.

25.

As a direct and proximate result of Defendants D. M. Bowman, Inc., Kevin Weaver, John Doe 1-2, ABC Corp., and XYZ Corp.'s recklessness, negligence, and negligence per se, Plaintiffs will continue to suffer both general and special damages in the future, including expenses for future wage lost and medical treatments, the exact amounts to be proven at trial.

26.

By engaging in the above-described conduct, Defendants D. M. Bowman, Inc., Kevin Weaver, John Doe 1-2, ABC Corp., and XYZ Corp., acted in an intentional, malicious, fraudulent, reckless, willful, and wanton manner, evincing such an entire want of care as to raise the presumption of a conscious indifference to the consequences, and the conduct of these Defendants is so aggravating as to warrant, justify, and demand the imposition of punitive damages pursuant to O.C.G.A. § 51-12-5.1 to penalize and punish each of these Defendants for his or its misconduct and to deter each of these Defendants from engaging in such aggravating conduct in the future. Plaintiff hereby specifically pleads for the imposition of punitive damages.

27.

Defendants have acted in bad faith, have been stubbornly litigious, and have caused Plaintiff unnecessary trouble and expense by forcing Plaintiff to resort to the use of the court

Copy from re:SearchGA

system in order to resolve this claim when there is no bona fide controversy. Accordingly, Plaintiff seeks attorney's fees and expenses of litigation pursuant to O.C.G.A. § 13-6-11.

WHEREFORE Plaintiffs pray for the following relief:

a. Summons and Complaint be served upon Defendants according to the law;
b. Plaintiff recover from Defendants jointly and severally a sum of damages to compensate for Plaintiff's injuries and damages, including, but not limited to, past and future medical expenses; past and future lost wages; and past, present, and future pain and suffering as aforesaid;
c. Judgment be rendered against D. M. Bowen, Inc. for punitive damages to deter like or similar conduct in the future;
d. Judgment be rendered against Defendant Kevin Weaver for punitive damages to deter like or similar conduct in the future;
e. Judgment be rendered against Defendant John Doe 1 for punitive damages to deter like or similar conduct in the future;
f. Judgment be rendered against Defendant John Doe 2 for punitive damages to deter like or similar conduct in the future;
g. Judgment be rendered against Defendant ABC Corp. for punitive damages to deter like or similar conduct in the future or based on its contract of insurance;
h. Judgment be rendered against Defendant XYZ Corp. for punitive damages to deter like or similar conduct in the future or based on its contract of insurance;
i. Plaintiff be awarded prejudgment interest on all damages as allowed by law;
j. Interest on the judgment be awarded at the legal rate from the date of judgment;

Copy from re:SearchGA

k. All costs of this action be taxed against Defendants; and

l. Plaintiff be awarded any and all other relief the Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial for each claim for which they have a right to a jury.

Respectfully submitted this 2nd day of February, 2021.

/s/ Benjamin J. Rolins
Benjamin J. Rollins, Esq.
Georgia Bar No. 613751
Attorney for Plaintiff

**The Angell Law Firm, LLC**
3391 Peachtree Rd NE, Suite 110
Atlanta, Georgia 30326
Tel: (404) 418-6007
Fax: (404) 745-0607

STATE COURT OF
DEKALB COUNTY, GA.
2/2/2021 8:41 AM
E-FILED
BY: Siana Smith

Copy from re:SearchGA

# AFFIDAVIT OF SERVICE

**State of Georgia**　　　　　　**County of Dekalb**　　　　　　**State Court**

Case Number: 21A00489

Plaintiff:
**Fidele Hakizimana**
vs.
Defendant:
**D.M. Bowman, Inc., Kevin Weaver, John Doe 1-2, ABC Corp., XYZ Corp.**

For: Benjamin Rollins
　　　The Angell Law Firm, LLC

Received by Ancillary Legal Corporation on the 3rd day of February, 2021 at 4:19 pm to be served on **Kevin Weaver, 4229 Nash Street SE, Washington, DC 20020**. I, ____Mark  Hagood____, being duly sworn, depose and say that on the __8__ day of __February__, 20__21__ at __9__:__35A__.m., executed service by delivering a true copy of the **Summons (1), Summons (2), Complaint, Certificate of Service, Rule 5.2 Certificate of Serving Discovery, Plaintiff's First Interrogatories to Defendant Kevin Weaver, Plaintiff's First Request for Production of Documents to Defendant Kevin Weaver, Plaintiff's First Request to Admit to Defendant Kevin Weaver, Plaintiff's First Interrogatories to Defendant D.M. Bowman, Inc., Plaintiff's First Request for Production of Documents to Defendant D.M. Bowman, Inc., Plaintiff's First Request to Admit to Defendant D.M. Bowman, Inc.** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving __Maria Weaver__ as __Wife__, a person of suitable age and discretion residing therein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Age __60__  SEX M (F)  Race __African American__  Height __5'5"__  Weight __150__  Hair __Black__  Glasses Y (N)

COMMENTS: _____
_____
_____
_____

Age ____ Sex M F  Race _____ Height _____ Weight _____ Hair _____ Glasses Y N

STATE COURT OF
DEKALB COUNTY, GA.
2/15/2021 8:29 AM
E-FILED
BY: Phyleta Knighton

Copy from re:SearchGA

## AFFIDAVIT OF SERVICE For 21A00489

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

STATE COURT OF
DEKALB COUNTY, GA.
2/15/2021 8:29 AM
E-FILED
BY: Phyleta Knighton

Subscribed and Sworn to before me on the 12 day of February, 2021 by the affiant who is personally known to me.

M Bernardo
NOTARY PUBLIC

PROCESS SERVER # N/A
Appointed in accordance with State Statutes

**Ancillary Legal Corporation**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**
**(404) 459-8006**

Our Job Serial Number: 2021001262

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

Copy from re:SearchGA

## AFFIDAVIT OF SERVICE

**State of Georgia**  **County of Dekalb**  **State Court**

Case Number: 21A00489

Plaintiff:
**Fidele Hakizimana**
vs.
Defendant:
**D.M. Bowman, Inc., Kevin Weaver, John Doe 1-2, ABC Corp., XYZ Corp.**

For: Benjamin Rollins
  The Angell Law Firm, LLC

Received by Ancillary Legal Corporation on the 3rd day of February, 2021 at 4:19 pm to be served on **D.M. Bowman, Inc. c/o Michael B. Langford, Authorized Agent, 10 W. Market Street, Suite 1500, Indianapolis, IN 46204.** I, _Ryan Fortune_, being duly sworn, depose and say that on the _5th_ day of _February_, 20_21_ at _11:15A_.m., executed service by delivering a true copy of the **Summons (1), Summons (2), Complaint, Certificate of Service, Rule 5.2 Certificate of Serving Discovery, Plaintiff's First Interrogatories to Defendant Kevin Weaver, Plaintiff's First Request for Production of Documents to Defendant Kevin Weaver, Plaintiff's First Request to Admit to Defendant Kevin Weaver, Plaintiff's First Interrogatories to Defendant D.M. Bowman, Inc., Plaintiff's First Request for Production of Documents to Defendant D.M. Bowman, Inc., Plaintiff's First Request to Admit to Defendant D.M. Bowman, Inc.** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

(X) CORPORATE SERVICE: By serving _Dawn Wren_ as _Ricoh Site Supervisor_.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

Age _35_ SEX M (F) Race _W_ Height _5'4_ Weight _175_ Hair _Brown_ Glasses (Y) N

**COMMENTS:** _____

Age _35_ Sex M (F) Race _W_ Height _5'4_ Weight _175_ Hair _Brown_ Glasses (Y) N

STATE COURT OF
DEKALB COUNTY, GA.
2/10/2021 11:26 AM
E-FILED
BY: Phyleta Knighton

Copy from re:SearchGA

## AFFIDAVIT OF SERVICE For 21A00489

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 8th day of February 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Andrea Rue, Notary Public
State at Large, Kentucky
My Commission Expires 5/12/2021

_____
PROCESS SERVER # NA
Appointed in accordance with State Statutes

**Ancillary Legal Corporation**
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: 2021001261

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

STATE COURT OF
DEKALB COUNTY, GA.
2/10/2021 11:26 AM
E-FILED
BY: Phyleta Knighton

Copy from re:SearchGA